JIM HERRIN PONTIAC, INC. ET AL., APPELLANTS, *v.* HEINTSCHELL, APPELLEE.

[Cite as Jim Herrin Pontiac, Inc. *v.* Heintschell (1991), 57 Ohio St. 3d 602.]

(No. 89-1983—Submitted November 27, 1990—Decided January 2, 1991.)

*Schnorf, Schnorf & Ballard, David M. Schnorf* and *Christopher F. Parker*, for appellants.

*Oxley, Malone, Fitzgerald & Hollister, Robert B. Hollister* and *Julie A. Davenport*, for appellee.

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.